IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RIGOBARTO CAMPOS, | ) | 8:06CV699 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| BARNEY G. INC., WESTWOOD USA MOBILE HOME PARK AND LEOURIETA B. GLASS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

The matter before the court is the plaintiff's unopposed motion to dismiss with prejudice. Filing No. 16. The court is advised that this action has been settled. Accordingly, the court finds that the judgment entered against defendants, Filing No. 15, should be vacated in light of the settlement and this action should be dismissed, with prejudice, each party to pay its own costs and fees.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to FED. R. CIV. P. 41, the plaintiff's cause of action against the defendants is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 17th day of December, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge